UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

AVROHOM P. FRIED,
on behalf of himself and the class,

                        Plaintiff,

  -vs.-

THE BANK OF CASTILE,

                        Defendant.

**NOTICE OF MOTION ON CONSENT OF ALL PARTIES TO EXTEND DEFENDANT'S TIME TO ANSWER OR OTHERWISE MOVE**

Civil Action No.: 12cv00624

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of James P. Nonkes, the undersigned hereby moves this Court for an Order to extend defendant's time to answer or otherwise move to October 5, 2012.

**PLEASE TAKE FURTHER NOTICE** that all parties have consented to the modification of the deadline for Defendant the Bank of Castile to answer or otherwise move in response to Plaintiff's complaint, which was filed on July 3, 2012, to October 5, 2012.

**PLEASE TAKE FURTHER NOTICE** that Defendant does not request oral argument on this motion and states its intention to file and serve reply papers only if necessary.

Dated: Buffalo, New York
      September 4, 2012

                                  Respectfully submitted,

                                  HARRIS BEACH PLLC

                          By:   /s/James P. Nonkes
                              James P. Nonkes, Esq.
                              Terrance P. Flynn, Esq.
                              *Attorneys for Defendants,*
                               *The Bank of Castile*
                              726 Exchange Street – Suite 1000
                              Buffalo, New York 14210
                              (716) 200-5050
                              tflynn@harrisbeach.com

HARRIS BEACH PLLC
ATTORNEYS AT LAW

TO:

Shimshon Wexler
*Attorneys for Plaintiff*
  *Avrohom P. Fried*
PO Box 250870
New York, New York   10025
Telephone: (212) 760-2400

262389 1861464v2