## PROPOSED NOTICE

### Notice of ATM Fee Settlement

If you are NOT a Bank of Castile customer and you used this machine between June 15, 2012 and July 17, 2012 and were charged a transaction fee, you may be entitled to share in a settlement fund created pursuant to a class action settlement in the case of *Fried v. The Bank of Castile*, Case No. 12-cv-624 in the United States District Court for the Western District of New York.

To find out more, visit: www._____ or call attorney Shimshon Wexler at (212) 760-2400 or contact him by email at swexleresq@gmail.com