UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------

AVROHOM P FRIED,
on behalf of himself and the class,  Case No.: 12-cv-624- Judge Skretny

                Plaintiff,
    v.

THE BANK OF CASTILE

                Defendant.
-----------------------------------------------

## NOTICE RE 28 USC §1715

This will confirm that Defendant, the Bank of Castile, has completed its requirements regarding notice pursuant to 28 USC §1715 so that a class may be certified for settlement purposes in this action.

Dated: October 30, 2012                HARRIS BEACH PLLC.

                                                /s/James P. Nonkes, Esq.
                                                *Attorneys for Defendant,*
                                                  *Bank of Castile*
                                                99 Garnsey Road
                                                Pittsford, NY 14534

262389 1915065v1