UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------

| | |
|---|---|
| AVROHOM P FRIED,<br>on behalf of himself and the class, | Case No. 12-cv-624<br>Judge Skretny |
| Plaintiff,<br>v. | ECF CASE |
| THE BANK OF CASTILE | |
| Defendant. | |

-------------------------------------------------

### NOTICE OF MOTION TO ADJOURN THE CONFERENCE SHEDULED FOR JANUARY 2ND

PLEASE TAKE NOTICE that the undersigned counsel moves this Court to adjourn the Status Conference currently scheduled for January 2, 2013 at 9 am. I have spoken with Defendant's counsel and they consent. The reason for this request is that I had made plans to be by my in-laws, who I see infrequently, until January 3rd in Birmingham, Alabama. I made these plans prior to the conference being scheduled. If it is convenient for the Court, the parties request that the Status Conference be moved to a day in the last 2 weeks of January other than the 25th and the 30th.

Respectfully submitted,

By: /s/ Shimshon Wexler
Shimshon Wexler
The Law Offices of Shimshon Wexler, PC
PO Box 250870
New York, NY 10025
212-760-2400
917-512-6132 (fax)
swexleresq@gmail.com
*Attorney for Plaintiff*

Dated: New York, NY
    Dec. 26th, 2012