UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------
AVROHOM P FRIED,
on behalf of himself and the class,            Case No.: 12-cv-624- Judge Skretny

                Plaintiff,

v.


THE BANK OF CASTILE

                Defendant.
-------------------------------------------------

      PLEASE TAKE NOTICE that on June 5th, 2013, before the Honorable William Skretny, United States District Court Judge for the Western District of New York, at 9am, Plaintiff Avrohom P Fried ("Plaintiff") will move and hereby do move, for an Order granting final approval of a class action settlement of all claims in accordance with the terms set forth in the Stipulation and Settlement Agreement. Attached hereto is a declaration by Shimshon Wexler, a proposed final approval order an a memorandum in support.

Dated: 5/28/13 in New York, NY

                              By: _____
                              Shimshon Wexler
                              The Law Offices of Shimshon Wexler, PC
                              PO Box 250870
                              New York, New York 10025
                              (212) 760-2400
                              (917) 512-6132 (FAX)
                              shimshonwexler@yahoo.com